UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

John Knapp

    v.                                                                                                        Case No. 11-cv-491-PB

Christopher Kench, Acting Commissioner,
New Hampshire Department of Corrections


O R D E R


By order dated June 12, 2012, the court directed the clerk's office to obtain pro bono counsel to represent the plaintiff, John Knapp, in the above-captioned case.  Attorney Karyl Martin has agreed to accept a pro bono appointment for this purpose.   Thus, Attorney Martin shall represent the plaintiff until the conclusion of the case in this court.

    SO ORDERED.



July 16, 2012                                                                            /s/ Daniel J. Lynch
                                                                                   Daniel J. Lynch
                                                                                   United States Magistrate Judge



cc:    John Knapp
        Karyl Martin, Esq.
        Nancy J. Smith, Esq.